UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ALLIANCE FUNDING GROUP, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | **CASE NO. 5:23-CV-74-M-BM** |
| TORCHLIGHT ACADEMY SCHOOLS, | ) | |
| LLC and DONNIE MCQUEEN, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**This action came before Peter A. Moore, Jr., Clerk of Court, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Default Judgment [DE-10] is GRANTED. Plaintiff is awarded: $218,661.86 in damages; $4,791.50 in attorneys' fees; prejudgment interest of 8%, from February 24, 2023, to the date of judgment; and post-judgment interest of 4.842%, from the date of judgment.

This Judgment filed and entered on February 14, 2024, and copies to:
Richard Hutchinson (via CM/ECF electronic notification)

February 14, 2024                    Peter A. Moore, Jr.
                                                    Clerk of Court


                                                    By: /s/ Kimberly R. McNally
                                                    Deputy Clerk